```
               UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

|  |  |
|---|---|
| ANTONIA N. OKONKWO | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:14-CV-02263-CAP |
| THE CALLINS LAW FIRM, LLC | |
| Defendant. | |

### O R D E R

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The clerk is directed not to substitute another case for this action.

SO ORDERED, this  23rd  day of July, 2014.

                                        s/CHARLES A. PANNELL, JR.
                                      CHARLES A. PANNELL, JR.
                                      United States District Judge