UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTONIA N. OKONKWO,

    Plaintiff,

vs.

THE CALLINS LAW FIRM, LLC,

    Defendant.

CIVIL ACTION FILE

NO.  1:14-cv-02263-ELR

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of defendant's motion for summary judgment, and that the court having granted defendant's motion, it is

**Ordered and Adjudged** that the plaintiff recover nothing and that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed** on its merits.

Dated at Atlanta, Georgia, this 14th day of December, 2015.

    JAMES N. HATTEN
    CLERK OF COURT and
    DISTRICT COURT EXECUTIVE

By:  s/*Barbara D. Boyle*
    Deputy Clerk

Filed on December 14, 2015
Entered on December 14, 2015
in the Clerk's Office
James N. Hatten
Clerk of Court

By: B. D. Boyle
    Deputy Clerk