**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **Antonia N. Okonkwo,** | |
| **Plaintiff,** | |
| | CIVIL ACTION FILE NO. |
| v. | **1:14-CV-02263-ELR** |
| **The Callins Law Firm, LLC,** | |
| **Defendant.** | |
| _____ | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Antonia Okonkwo, in the above-styled action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the court's December 14, 2015 order granting Defendant's Motion for Summary Judgment and denying Plaintiff's Cross Motion for Summary Judgment on the issue of whether Plaintiff is entitled to overtime pay under the FLSA and denying as moot Plaintiff's motion for Summary Judgment concerning her state law claims. (Doc. 26) and from the court's December 14, 2015 judgment ordered and adjudged that Plaintiff recover nothing and defendant recover its cost of this action (Doc 27).

-2-

Respectfully submitted this 23rd day of December, 2015.


/s/ Antonia N. Okonkwo
ANTONIA N. OKONKWO, ESQ.
ATTOTNEY FOR PLAINTIFF
Georgia Bar No. 513967


PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Antonia N. Okonkwo
The Resilient Law Firm, LLC
11555 Medlock Bridge Road, Suite 100
Johns Creek, GA 30097
 (404) 563-3471-Telephone
(678) 274-0057-Facsimile
anokonkwo@resilientlawllc.com

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**Antonia N. Okonkwo,**

     **Plaintiff,**

v.

**The Callins Law Firm, LLC,**

     **Defendant.**

_____

CIVIL ACTION FILE NO.
**1:14-CV-02263-ELR**

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2015, I electronically filed in the above-styled action **Plaintiff's Notice of Appeal** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to counsel of record as follows:

Joel Callins, Esq.

This is to further certify that the foregoing document was prepared using 14 pt Times New Roman font.

*/s/ Antonia N. Okonkwo*
Antonia N. Okonkwo
Attorney for Plaintiff
Georgia Bar No. 513967